**B1 (Official Form 1) (12/11)**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ARCHITECTS, RUPSIS ASSOCIATES P.C.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all):   **36-4012714** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) /Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**956 Summit Creek Drive<br>Shorewood, IL**<br>ZIPCODE **60404-8204** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>ZIPCODE |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**956 Summit Creek Drive, Shorewood, IL**<br>ZIPCODE **60404-8204** |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7   ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12   ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 13 |

**Chapter 15 Debtor**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable.)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box.)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts.

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (12/11)                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**ARCHITECTS, RUPSIS ASSOCIATES P.C.** |
|---|---|

<table>
<tr><td colspan="3" align="center"><b>All Prior Bankruptcy Case Filed Within Last 8 Years</b> (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:<b>None</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</b> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br><b>Mark J. Rupsis</b></td><td>Case Number:</td><td>Date Filed:<br><b>1/11/2012</b></td></tr>
<tr><td>District:<br><b>Northern District Of Illinois</b></td><td>Relationship:<br><b>Shareholder, Dir., Pres.</b></td><td>Judge:<br><b>Squires</b></td></tr>
</table>

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X _____<br> Signature of Attorney for Debtor(s)                               Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

---

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

---

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

---

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (12/11)                                                                                          Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **ARCHITECTS, RUPSIS ASSOCIATES P.C.** |

**Signatures**

| **Signature(s) of Debtor (s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. |
| [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. | (Check only **one** box.) |
| [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b). | ☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached. |
| I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | ☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |

**Signature(s) of Debtor (s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X */s/ Janet Watson*
Signature of Attorney for Debtor(s)

**Janet Watson 6182273**
**Janet Watson**
**330 S. Naperville Road Suite 405**
**Wheaton, IL 60187-5442**
**(630) 260-1667 Fax: (630) 260-6711**
**JWatsonJD@aol.com**

**January 25, 2012**
Date

*\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.*

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Mark J. Rupsis*
Signature of Authorized Individual

**Mark J. Rupsis**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**January 25, 2012**
Date

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                        Case No. _____

ARCHITECTS, RUPSIS ASSOCIATES P.C.                           Chapter **7** _____
Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 0.00 | | |
| B - Personal Property | Yes | 7 | $ 74,414.28 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 60,162.98 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | $ 2,023.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 206,465.28 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | $ |
| J - Current Expenditures of Individual Debtor(s) | No | | | | $ |
| TOTAL | | 16 | $ 74,414.28 | $ 268,651.26 | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6A (Official Form 6A) (12/07)

IN RE **ARCHITECTS, RUPSIS ASSOCIATES P.C.** _____ Case No. _____
                    Debtor(s)                                                                    (If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **None** | | | | |
| | | | **TOTAL** 0.00 | |

(Report also on Summary of Schedules)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07)

IN RE **ARCHITECTS, RUPSIS ASSOCIATES P.C.**                                    Case No. _____
                        Debtor(s)                                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **checking account at MB Bank** | | **146.88** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, include audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issue. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **ARCHITECTS, RUPSIS ASSOCIATES P.C.**                    Case No. _____
                    Debtor(s)                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | | See attached listing | | 46,236.40 |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Percentage billing for unbilled partial completion of active projects:  See attached listing | | 0.00 |
| | | Right to receive $150 per home for future homes built for past design work from Hartz Construction. | | unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Acura MDX  Vehicle is titled to Debtor, but was awarded to Marianne Rupsis in divorce from Mark Rupsis.  Title has not yet been transferred due to existing loan. | | 11,449.00 |
| | | 2009 Honda Civic SI.  Vehicle is titled to Debtor, but was awarded to Mark Rupsis in divorce from Marianne Rupsis. Title not yet transferred due to existing loan. | | 15,387.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 3 file cabinets, office desk, office supplies | | 470.00 |
| | | Dell computer 2006, Dell laptop 2004, custom built desktop computer ca.2001, custom built computer server ca. 2001, Hewlett Packard Design Jet 500 plotter, brother laser printer, brother fax/printer | | 725.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6B (Official Form 6B) (12/07) – Cont.

IN RE **ARCHITECTS, RUPSIS ASSOCIATES P.C.**                              Case No. _____
                                 Debtor(s)                                      (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | TOTAL | 74,414.28 |

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

_____ **4** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE ARCHITECTS, RUPSIS ASSOCIATES P.C.

Debtor(s)

Case No. _____

## SCHEDULE B - PERSONAL PROPERTY
### Continuation Sheet - Page 1 of 4

Schedule B 21

RAAPC Project List
Active Projects
1/9/2012

| Project Number | Client | Project Name | Percentage Complete | Project Value | Amount Billed | Amount Paid | Status |
|---|---|---|---|---|---|---|---|
| 1111.06 | OMNICON RESTORATION, INC. | 616 CEDAR COURT, ROMEOVILLE, ILLINOIS | 85.00% | $500.00 | $0.00 | $0.00 | |
| 1111.05 | OMNICON RESTORATION, INC. | 2121 ELMWOOD LANE, JOLIET, ILLINOIS | 0.00% | $0.00 | $0.00 | $0.00 | Project cancelled |
| 1111.03 | WOODBRIDGE MAINTENANCE | OFFICE BUILDOUT | 0.00% | $250.00 | $0.00 | $0.00 | |
| 1111.01 | JUBILEE BAPTIST CHURCH | PARKING LOT LIGHTING INSTALLATION | 95.00% | $850.00 | $0.00 | $0.00 | On hold |
| 1110.05 | OMNICON RESTORATION, INC. | DEPENDABLE BUSINESS SERVICES | 98.00% | $3,685.00 | $2,740.00 | $0.00 | |
| 1110.04 | OMNICON RESTORATION, INC | 3 CONCORD AVENUE, ROMEOVILLE, ILLINOIS | 95.00% | $4,750.00 | $4,590.00 | $0.00 | |
| 1110.01 | | | | | | | |
| 1109.06 | | | | | | | |
| 1109.05 | THE INFINITY GROUP | CYRIL COURT APARTMENT REHABILITATION | 5.00% | $9,000.00 | $0.00 | $0.00 | On hold |
| 1109.04 | COMMERCIAL REMODELING SPECIALISTS | DR. CARLSON DENTAL OFFICE, WHEATON, IL | 15.00% | $3,500.00 | $0.00 | $0.00 | On hold |
| 1109.02 | | | | | | | |
| 1011.01 | HALL Y TOTAL FITNESS | WESTPORT COMMONS PLACARDS | 40.00% | $3,800.00 | $3,528.95 | $0.00 | |

IN RE ARCHITECTS, RUPSIS ASSOCIATES P.C.     Case No. _____

Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### Continuation Sheet - Page 2 of 4

*Schedule B-16*

**RUPSIS ASSOC. ARCHITECTS, P.C.**
Open Invoices
As of January 8, 2012

| Type | Date | Num | P.O. # | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **Bally Total Fitness** | | | | | | | | |
| **1011.01 Westport Commons Placards** | | | | | | | | |
| Invoice | 11/12/2011 | 11073 | 137342 | Net 60 D... | 1/11/2012 | | 57 | 3,328.95 |
| Total 1011.01 Westport Commons Placards | | | | | | | | 3,328.95 |
| **Total Bally Total Fitness** | | | | | | | | 3,328.95 |
| **Bella's Family Pet Grooming & Bautique** | | | | | | | | |
| **1107.05 Bella's Family Pet Grooming** | | | | | | | | |
| Invoice | 10/4/2011 | 11065 | | | 10/4/2011 | | 96 | 168.75 |
| Total 1107.05 Bella's Family Pet Grooming | | | | | | | | 168.75 |
| **Total Bella's Family Pet Grooming & Boutique** | | | | | | | | 168.75 |
| **Cambridge Restoration** | | | | | | | | |
| **1105.05 418 Tallman, Romeoville** | | | | | | | | |
| Invoice | 6/9/2011 | 11026 | | | 6/8/2011 | | 213 | 2,563.25 |
| Invoice | 7/12/2011 | 11041 | | | 7/12/2011 | | 180 | 800.25 |
| Invoice | 10/4/2011 | 11057 | Claim no. 0192835168 | | 10/4/2011 | | 96 | 911.25 |
| Total 1105.05 418 Tallman, Romeoville | | | | | | | | 4,274.75 |
| **Total Cambridge Restoration** | | | | | | | | 4,274.75 |
| **DLM Management** | | | | | | | | |
| **1005.06 4801 Belmont Rd, Downers Grove** | | | | | | | | |
| Invoice | 9/7/2011 | 11055 | | | 9/6/2011 | | 123 | 462.50 |
| Total 1005.06 4801 Belmont Rd. Downers Grove | | | | | | | | 462.50 |
| **Total DLM Management** | | | | | | | | 462.50 |
| **Ivy Homes, Inc.** | | | | | | | | |
| **0805.04 Lot 82, Ashwood Creek** | | | | | | | | |
| Invoice | 6/9/2008 | 09805 | | Net 30 | 7/6/2008 | | 1308 | 1,673.75 |
| Invoice | 10/15/2008 | 08179 | | Net 30 | 11/13/2008 | | 1180 | 337.50 |
| Total 0805.04 Lot 82, Ashwood Creek | | | | | | | | 2,011.25 |
| **0807.09 Lot 38 Ashwood Creek** | | | | | | | | |
| Invoice | 10/15/2008 | 08180 | | Net 30 | 11/13/2008 | | 1180 | 2,000.00 |
| Total 0807.09 Lot 38 Ashwood Creek | | | | | | | | 2,000.00 |
| **Total Ivy Homes, Inc.** | | | | | | | | 4,011.25 |
| **Omnicon Construction** | | | | | | | | |
| **1010.05 56 Huntsman Lane, Plano, Illinois** | | | | | | | | |
| Invoice | 11/17/2010 | 10082 | | | 11/17/2010 | | 417 | 2,193.12 |
| Total 1010.05 56 Huntsman Lane, Plano, Illinois | | | | | | | | 2,193.12 |

Page 1

5:47 PM
01/08/12

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **ARCHITECTS, RUPSIS ASSOCIATES P.C.** _____   Case No. _____
Debtor(s)

## SCHEDULE B - PERSONAL PROPERTY
### Continuation Sheet - Page 3 of 4

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Page 2

**RUPSIS ASSOC. ARCHITECTS, P.C.**
Open Invoices
As of January 8, 2012

5:47 PM
01/08/12

| Type | Date | Num | P. O. # | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **1105.01 Clement 94 W. Timberlane, Oswego** | | | | | | | | |
| Invoice | 6/9/2011 | 11031 | | | 6/9/2011 | | 213 | 2,534.36 |
| Total 1105.01 Clement 94 W. Timberlane, Oswego | | | | | | | | 2,534.36 |
| **1105.03 222 E. Cermak, Braidwood, IL** | | | | | | | | |
| Invoice | 6/22/2011 | 11040 | | | 6/22/2011 | | 200 | 4,379.34 |
| Total 1105.03 222 E. Cermak, Braidwood, IL | | | | | | | | 4,379.34 |
| **1107.04 11 Country Squire Rd., Palos Hts.** | | | | | | | | |
| Invoice | 7/12/2011 | 11045 | | | 7/12/2011 | | 180 | 573.75 |
| Invoice | 8/16/2011 | 11053 | | | 8/16/2011 | | 145 | 810.00 |
| Total 1107.04 11 Country Squire Rd., Palos Hts. | | | | | | | | 1,383.75 |
| **1110.04 3 Concord Avenue, Romeoville, IL** | | | | | | | | |
| Invoice | 12/6/2011 | 11062 | | | 12/6/2011 | | 33 | 4,590.00 |
| Total 1110.04 3 Concord Avenue, Romeoville, IL | | | | | | | | 4,590.00 |
| **1110.05 10660 W. 143rd St. Orland Park** | | | | | | | | |
| Invoice | 11/12/2011 | 11075 | | | 11/12/2011 | | 57 | 2,740.00 |
| Total 1110.05 10660 W. 143rd St. Orland Park | | | | | | | | 2,740.00 |
| Total Omnicon Construction | | | | | | | | 17,826.57 |
| **S. Cubed Storage, LLC** | | | | | | | | |
| **1012.03 3D Model** | | | | | | | | |
| Invoice | 11/12/2011 | 11076 | | | 11/12/2011 | | 57 | 438.75 |
| Total 1012.03 3D Model | | | | | | | | 438.75 |
| Total S. Cubed Storage, LLC | | | | | | | | 438.75 |
| **Total T.J. Clarkey Builders, Inc. II** | | | | | | | | |
| **Wilcox Development Group** | | | | | | | | |
| **0608.05 Epcon - Plainfield** | | | | | | | | |
| Invoice | 11/30/2008 | 08210 | | Due on re... | 11/29/2008 | | 1134 | 728.88 |
| Total 0608.05 Epcon - Plainfield | | | | | | | | 728.88 |
| Total Wilcox Development Group | | | | | | | | 728.88 |

IN RE ARCHITECTS, RUPSIS ASSOCIATES P.C.
Debtor(s)

Case No. _____

## SCHEDULE B - PERSONAL PROPERTY
### Continuation Sheet - Page 4 of 4

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Page 3

5:47 PM
01/08/12

### RUPSIS ASSOC. ARCHITECTS, P.C.
### Open Invoices
As of January 8, 2012

| Type | Date | Num | P. O. # | Terms | Due Date | Class | Aging | Open Balance |
|---|---|---|---|---|---|---|---|---|
| **WOMEN'S WORKOUT WORLD** | | | | | | | | |
| 1003.06 Lawrence Renovation | | | | | | | | |
| Invoice | 12/1/2010 | 10889 | | Due on re... | 12/1/2010 | | 403 | 7,818.07 |
| Invoice | 1/5/2011 | 11005 | | Due on re... | 1/5/2011 | | 368 | 1,294.00 |
| Invoice | 2/8/2011 | 11014 | | Due on re... | 2/8/2011 | | 334 | 472.50 |
| Invoice | 4/21/2011 | 11023 | | Due on re... | 4/21/2011 | | 262 | 2,140.92 |
| Invoice | 6/9/2011 | 11032 | | Due on re... | 6/9/2011 | | 213 | 3,276.51 |
| Total 1003.06 Lawrence Renovation | | | | | | | | 15,002.00 |
| Total WOMEN'S WORKOUT WORLD | | | | | | | | 15,002.00 |
| **TOTAL** | | | | | | | | |

46,232.40

B6C (Official Form 6C) (04/10)

IN RE **ARCHITECTS, RUPSIS ASSOCIATES P.C.**     Case No. _____
_____
                    Debtor(s)                                              (If known)

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **Not Applicable** | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

IN RE **ARCHITECTS, RUPSIS ASSOCIATES P.C.**
_____ Case No. _____
Debtor(s) (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9928** <br><br>**Acura Financial Services** <br>**P. O. Box 5308** <br>**Elgin, IL  60121-5308** | X | | **Purchase money loan for 2004 Acura MDX in Oct, 2007** <br><br><br> VALUE $ **11,449.00** | | | | **4,949.46** | |
| ACCOUNT NO. **9540** <br><br>**American Honda Finance Corporation** <br>**P. O. Box 5308** <br>**Elgin, IL  60121-5308** | X | | **6/2009 - purchase money loan for 2009 Honda Civic SL** <br><br><br> VALUE $ **15,387.00** | | | | **11,894.41** | |
| ACCOUNT NO. **2714** <br><br>**Internal Revenue Service** <br>**P. O. Box 7346** <br>**Philadelphia, PA  19101-7346** | | | R2011031582:  941   12/31/2009   4,577.71 <br> 941   03/31/2010  $4,011.16 <br> R2011073309:  941   03/31/2009   9,973.96 <br> 941   06/30/2009  11,931.36 <br> 941   09/30/2009   7,902.77 <br> 941   03/31/2011   2,353.09 <br> R2011057041:  940   12/31/2010     57.18 | | | | **43,319.11** | |
| ACCOUNT NO. <br><br><br> | | | 941   12/31/2010   2,511.88 <br><br> **plus additional unknown interest** <br><br><br> VALUE $   **74,414.28** | | | | | |

_____**0**_____ continuation sheets attached

Subtotal (Total of this page) | $ **60,162.98** | $

Total (Use only on last page) | $ **60,162.98** | $

(Report also on Summary of Schedules.)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10)

**IN RE ARCHITECTS, RUPSIS ASSOCIATES P.C.** _____    Case No. _____
                    Debtor(s)                                                                              (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **1** continuation sheets attached

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (04/10) - Cont.

IN RE **ARCHITECTS, RUPSIS ASSOCIATES P.C.**                          Case No. _____
_____
                     Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **2714** <br><br> **Illinois Department Of Revenue 101 W. Jefferson Street Springfield, IL 62702** | | | **Balance of 4th quarter 2011 IL941 tax deposits** | | | | **291.00** | **291.00** | |
| ACCOUNT NO. **2714** <br><br> **Illinois Department Of Revenue 101 W. Jefferson Street Springfield, IL 62702** | | | **Income tax, if any, for 2011** | X | | | **unknown** | | |
| ACCOUNT NO. **2714** <br><br> **Internal Revenue Service P. O. Box 7346 Philadelphia, PA 19101-7346** | | | **Income taxes 2011** | X | | | **unknown** | | |
| ACCOUNT NO. **2714** <br><br> **Internal Revenue Service P. O. Box 7346 Philadelphia, PA 19101-7346** | | | **balance of 941 tax deposits, 4th quarter 2011** | | | | **1,732.00** | **1,732.00** | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. ___1___ of ___1___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ **2,023.00**   $ **2,023.00**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **2,023.00**

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **2,023.00**   $

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **ARCHITECTS, RUPSIS ASSOCIATES P.C.**                              Case No. _____
_____
                    Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1000**<br><br>**American Express**<br>**P. O. Box 981535**<br>**El Paso, TX  79998-1535** | X | | **Misc business expenses last few years** | | | | 933.60 |
| ACCOUNT NO. **6341**<br><br>**Bank Of America**<br>**Business Card**<br>**P. O. Box 982238**<br>**El Paso, TX  79998-2238** | X | | **Misc business expenses last several years** | | | | 5,044.83 |
| ACCOUNT NO. **0063**<br><br>**Capital One**<br>**P. O. Box 30273**<br>**Salt Lake City, UT  84130-0273** | X | | **Small Business loan withdrawals taken last several years** | | | | 59,110.07 |
| ACCOUNT NO. **1057**<br><br>**Capital One Services, Llc**<br>**P. O. Box 30285**<br>**Salt Lake City, UT  84130-0285** | X | | **Misc business expenses (purchases and cash advances) last several years** | | | | 17,320.25 |

**1** continuation sheets attached

| | | |
|---|---|---|
| Subtotal (Total of this page) | $ | **82,408.75** |
| Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE ARCHITECTS, RUPSIS ASSOCIATES P.C. _____    Case No. _____
                                              Debtor(s)                                (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **8923** <br> **Chase** <br> **P. O. Box 15298** <br> **Wilmington, DE  19850** | X | | **Misc business expenses over last several years** | | | | **27,883.00** |
| ACCOUNT NO. <br> **Complete Concept Group, Inc** <br> **700 Nicholas Blvd., Suite 403** <br> **Elk Grove Village, IL  60007** | | | **Subcontractor** | | | | **1,034.62** |
| ACCOUNT NO. <br> **IBC Engineering Services, Inc.** <br> **N8W22195 Johnson Drive, Suite 180** <br> **Waukesha, WI  53186** | | | **Engineering subcontractor,  10/25/10 and 5/1/11** | | | | **13,000.00** |
| ACCOUNT NO. <br> **Ruettiger, Tonelli & Associates, Inc.** <br> **2174 Oneida Street** <br> **Joliet, IL  60435** | | | **3/7/2011  Subcontractor** | | | | **377.50** |
| ACCOUNT NO. **2831** <br> **Wells Fargo** <br> **Business Direct Operations-Customer Serv** <br> **P. O. Box 348750** <br> **Sacramento, CA  95834** | X | | **Business use of unsecured business line of credit over last several years, plus interest, late charges, other charges** | | | | **81,761.41** |
| ACCOUNT NO. **0560** <br> **Wells Fargo** <br> **% Brooks Law Firm, P.C.** <br> **3725 Blackhawk Road, Suite 200** <br> **Rock Island,, IL  61201** | X | | **Attorneys for Wells Fargo in collection lawsuit** | | | | **0.00** |
| ACCOUNT NO. | | | | | | | |

Sheet no. _____**1**___ of _____**1**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $   **124,056.53**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $   **206,465.28**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6G (Official Form 6G) (12/07)

IN RE **ARCHITECTS, RUPSIS ASSOCIATES P.C.**                                          Case No. _____
_____
                            Debtor(s)                                                                              (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

   Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Konica Minolta**<br>**Attn Customer Service**<br>**P. O. Box 550599**<br>**Jacksonville, FL  32255-0599**<br><br>**Mark J. Rupsis**<br>**956 Summit Creek Drive**<br>**Shorewood, IL  60404** | **lease of Konica-Minolta copier through 5/3/2012** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6H (Official Form 6H) (12/07)

IN RE **ARCHITECTS, RUPSIS ASSOCIATES P.C.**                          Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Mark J. Rupsis**<br>**956 Summit Creek Drive**<br>**Shorewood, IL  60404** | **Wells Fargo**<br>**Business Direct Operations-Customer Serv**<br>**P. O. Box 348750**<br>**Sacramento, CA  95834**<br><br>**Wells Fargo**<br>**% Brooks Law Firm, P.C.**<br>**3725 Blackhawk Road, Suite 200**<br>**Rock Island,, IL  61201**<br><br>**Acura Financial Services**<br>**P. O. Box 5308**<br>**Elgin, IL  60121-5308**<br><br>**American Honda Finance Corporation**<br>**P. O. Box 5308**<br>**Elgin, IL  60121-5308**<br><br>**American Express**<br>**P. O. Box 981535**<br>**El Paso, TX  79998-1535**<br><br>**Bank Of America**<br>**Business Card**<br>**P. O. Box 982238**<br>**El Paso, TX  79998-2238**<br><br>**Capital One**<br>**P. O. Box 30273**<br>**Salt Lake City, UT  84130-0273**<br><br>**Capital One Services, Llc**<br>**P. O. Box 30285**<br>**Salt Lake City, UT  84130-0285**<br><br>**Chase**<br>**P. O. Box 15298**<br>**Wilmington, DE  19850** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** ARCHITECTS, RUPSIS ASSOCIATES P.C.

Debtor(s)

Case No. _____

(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____   Signature: _____

Debtor

Date: _____   Signature: _____

(Joint Debtor, if any)

[If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____   _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____   _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **ARCHITECTS, RUPSIS ASSOCIATES P.C.** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____**17** sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 25, 2012** _____   Signature: *__/s/ Mark J. Rupsis_____*

**Mark J. Rupsis**

(Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B7 (Official Form 7) (04/10)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                                    Case No. _____

ARCHITECTS, RUPSIS ASSOCIATES P.C. _____    Chapter **7**_____
                                    Debtor(s)

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**1. Income from employment or operation of business**

None ☐   State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT   SOURCE
0.00   2012 through filing: $2,666.55;  2011 - $145,493.36 :  $148,096.52;  2010 - $139731;  2009 - $235,557

---

**2. Income other than from employment or operation of business**

None ☑   State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**3. Payments to creditors**
*Complete a. or b., as appropriate, and c.*

None ☑   *a. Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

<sup>None</sup> ☐ *b. Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

| NAME AND ADDRESS OF CREDITOR | DATE OF PAYMENTS/TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Paypal Plus Credit Card** | **10/3, 11/11, 12/15** | **900.00** | **2,380.98** |
| **Bank Of America Business Card P. O. Box 982238 El Paso, TX  79998-2238** | **10/3, 10/20, 11/20, 12/20/2011** | **1,068.49** | **4,704.83** |
| **Chase P. O. Box 15298 Wilmington, DE  19850** | **10/3, 11/11/2011** | **2,634.00** | **27,150.02** |
| **Capital One P. O. Box 30273 Salt Lake City, UT  84130-0273** | **10/18 and 11/28/11** | **660.00** | **55,514.69** |
| **Illinois Department Of Revenue** | **10/10/11 through 12/30/11** | **970.01** | **0.00** |
| **MC Stern Structural Engineering, Ltd. 102 W. Crystal Lombard, IL  60148** | **11/22/2011** | **750.00** | **0.00** |
| **American Honda Finance Corporation P. O. Box 5308 Elgin, IL  60121-5308** | **Regular monthly payments of $442.75  made each last 3 months** | **1,328.25** | **11,478.00** |
| **Acura Financial Services P. O. Box 5308 Elgin, IL  60121-5308** | **Regular payments of $560.12 made each of last 3 months** | **1,680.36** | **4,400.00** |

<sup>None</sup> ☐ *c. All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Mark J. Rupsis 956 Summit Creek Drive Shorewood, IL  60404 Shareholder, Officer** | **Total net paychecks during 2011 (Gross = $34,450)** | **25,133.13** | **0.00** |

## 4. Suits and administrative proceedings, executions, garnishments and attachments

<sup>None</sup> ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **11 L 560  Wells Fargo Bank v. Rupsis Associates Architects, P.C. and Mark J. Rupsis** | **collection** | **Circuit Court - 12th Judicial Circuit** | **Pleading stage** |

<sup>None</sup> ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**5. Repossessions, foreclosures and returns**

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**6. Assignments and receiverships**

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Janet L. Watson**<br>**330 S. Naperville Road, Suite 405**<br>**Wheaton, IL  60187** | **12/15/2011,  1/11/12** | **4,500.00** |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Chase Bank** | **Checking account xxxxx9470** | **3/15/2011 - $0** |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☐ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Marianne Rupsis**<br>**9 Purchase Court**<br>**Bolingbrook, IL 60440** | **2004 Acura MDx - $11,440** | **Marianne Rupsis' address** |

**Owner is Mark Rupsis' former spouse. Vehicle is titled in corporate name, but was awarded to Ms. Rupsis by judge in Judgment of Dissolution of Marriage entered 9/17/2009. Corporation or Mark Rupsis ordered to complete payments on vehicle and to transfer title to Ms. Rupsis upon completion of payments.**

| | | |
|---|---|---|
| **Mark J. Rupsis**<br>**956 Summit Creek Drive**<br>**Shorewood, IL 60404** | **2009 Honda Civic** | **Mark Rupsis' address** |

**Vehicle titled in corporate name, but awarded to Mark Rupsis in Judgment of Dissolution of Marriage entered 9/17/2011**

**15. Prior address of debtor**

None ☐ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **391 Quadrangle Drive, Suite S-4, Bolingbrook, IL** | **Rupsis Associates Architects, P.C.** | **7/2000 - 9/2009** |

**16. Spouses and Former Spouses**

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**18. Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Rupsis Associates Architects, P.C.** | 36-xxx2714 | **956 Summit Creed Drive Shorewood, IL 60404** | **Architecture** | **3/3/1995 - filing date** |

None ☑   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None ☐   a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **King & Moran, Ltd 800 Roosevelt Road Glen Ellyn, IL 60137** | **9/2011** |
| **Jack Levine, CPA 305 Quadrangle Drive Bolingbrook, IL 60440** | **September, 2010** |

None ☑   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME AND ADDRESS
**Mark J. Rupsis
956 Summit Creek Drive
Shorewood, IL 60404**

None ☑   d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Mark J. Rupsis**<br>**956 Summit Creek Drive**<br>**Shorewood, IL  60404** | **President** | **Sole shareholder - 100%** |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☐ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Mark J. Rupsis**<br>**956 Summit Creek Drive**<br>**Shorewood, IL  60404**<br>**President, Shareholder** | **Salary** | **Gross payroll - $34,450** |

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information, and belief.


Date: **January 25, 2012**                    Signature: ***/s/ Mark J. Rupsis***

                                        **Mark J. Rupsis, President**
                                        <span style="font-size:small">Print Name and Title</span>

        [An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

                        **0** continuation pages attached


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                              Case No. _____

__ARCHITECTS, RUPSIS ASSOCIATES P.C._____     Chapter **7**_____
                      Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors _____ **16**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **January 25, 2012**_____     _*/s/ Mark J. Rupsis*_____
                                           Debtor


                                           _____
                                           Joint Debtor

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**ARCHITECTS, RUPSIS ASSOCIATES P.C.**
**956 Summit Creek Drive**
**Shorewood, IL  60404-8204**

**IBC Engineering Services, Inc.**
**N8W22195 Johnson Drive, Suite 180**
**Waukesha, WI  53186**

**Janet Watson**
**330 S. Naperville Road Suite 405**
**Wheaton, IL  60187-5442**

**Illinois Department Of Revenue**
**101 W. Jefferson Street**
**Springfield, IL  62702**

**Acura Financial Services**
**P. O. Box 5308**
**Elgin, IL  60121-5308**

**Internal Revenue Service**
**P. O. Box 7346**
**Philadelphia, PA  19101-7346**

**American Express**
**P. O. Box 981535**
**El Paso, TX  79998-1535**

**Konica Minolta**
**Attn Customer Service**
**P. O. Box 550599**
**Jacksonville, FL  32255-0599**

**American Honda Finance Corporation**
**P. O. Box 5308**
**Elgin, IL  60121-5308**

**Mark J. Rupsis**
**956 Summit Creek Drive**
**Shorewood, IL  60404**

**Bank Of America**
**Business Card**
**P. O. Box 982238**
**El Paso, TX  79998-2238**

**Ruettiger, Tonelli & Associates, Inc.**
**2174 Oneida Street**
**Joliet, IL  60435**

**Capital One**
**P. O. Box 30273**
**Salt Lake City, UT  84130-0273**

**Wells Fargo**
**Business Direct Operations-Customer Serv**
**P. O. Box 348750**
**Sacramento, CA  95834**

**Capital One Services, Llc**
**P. O. Box 30285**
**Salt Lake City, UT  84130-0285**

**Wells Fargo**
**% Brooks Law Firm, P.C.**
**3725 Blackhawk Road, Suite 200**
**Rock Island,, IL  61201**

**Chase**
**P. O. Box 15298**
**Wilmington, DE  19850**

**Complete Concept Group, Inc**
**700 Nicholas Blvd., Suite 403**
**Elk Grove Village, IL  60007**

### United States Bankruptcy Court
### Northern District of Illinois

**IN RE:**                                                                    Case No. _____

**ARCHITECTS, RUPSIS ASSOCIATES P.C.** _____   Chapter **7** _____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**4,500.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**4,500.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was:  ☑ Debtor  ☐ Other (specify)

3.  The source of compensation to be paid to me is:  ☐ Debtor  ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]
    **See attached fee agreement**

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:
    **See attached fee agreement**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____**January 25, 2012**_____     **/s/ Janet Watson**
Date

**Janet Watson 6182273**
**Janet Watson**
**330 S. Naperville Road Suite 405**
**Wheaton, IL  60187-5442**
**(630) 260-1667  Fax: (630) 260-6711**
**JWatsonJD@aol.com**

IN RE ARCHITECTS, RUPSIS ASSOCIATES P.C.                                              Case No. _____
_____
Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
### Continuation Sheet - Page 1 of 1

### CONTRACT FOR LEGAL SERVICES - BANKRUPTCY - CHAPTER 7

This Agreement is made this _____**16th**_____ day of _____**December**_____, 201_1_, between

_____RUPSIS ASSOCIATES ARCHITECTS, P.C.____ of __956 Summit Creek Drive, Shorewood_____

_____, ILLINOIS (hereinafter referred to as "Client" and the Law
Offices of Janet L. Watson, (hereinafter referred to as "Law Firm").

In consideration of the mutual promises, covenants and conditions in this Agreement, the Client and
the Law Firm agree as follows:

1.      EMPLOYMENT: The Client hereby retains and employs the Law Firm to represent the Client in all
matters customarily associated with a Chapter 7 Bankruptcy, including but not limited to advice regarding,
preparation and filing of all necessary petitions and schedules, appearance at the creditors' meeting,
reaffirmation approval hearing (when necessary) and routine court appearances, and negotiation and/or
preparation of any and all reaffirmation agreements. This employment agreement **DOES NOT INCLUDE**
defense or prosecution of adversary proceedings, time and/or costs required for  pleadings, discovery,
research, court preparation, or other non-routine or contested court appearances in this or other related cases 𝗫
appeals, or  conversion from one chapter to another.  Non-included services will require an additional fee of
$210.00 per hour for time actually spent on your case.
In the event that it is determined prior to filing that a Chapter 13 bankruptcy is required, a separate
Chapter 13 agreement will become necessary.  In that event, the new Chapter 13 agreement will include time
spent under this agreement, however, overall fees will increase due to additional time necessary for the
Chapter 13 through closing of the case.

2.      COMPENSATION:  The client agrees to pay the Law Firm for services under this Agreement the flat
fee of $  ~~6,500~~  *1500.⁰⁰*  as attorneys fees  which is broken down as follows  $ ~~5,000~~ *4,000* for services
prior to filing  $     500     for post-filing services.

3.      COSTS:  The Client agrees to pay in addition to attorneys fees, the filing fee in the amount of
$306.00       , which is due prior to filing, plus $30.00 each time additional creditors are filed, plus any
additional out of pocket costs incurred

4.      RETAINER:  The Client agrees to pay the Law Firm the sum of $2,000 for prepetition services
as a retainer prior to the attorney beginning any work on the case and  ~~$3,000~~  *2500.⁰⁰* prior to filing.  The
balance of  ~~$500~~  for post-petition services shall be due  **No later than the creditor's meeting**        .

5.      WITHDRAWAL AND TERMINATION:  If the client does not wish the Law Firm to proceed under this
Agreement or wishes to terminate this Agreement for any reason, the Client shall request from the Law Firm
an invoice for services actually performed in excess of the initial retainer, and for expenses, and payment shall
be made upon receipt of the invoice.

6.      COOPERATION OF THE CLIENT:  The client will at all times keep the Law Firm advised of his/her
whereabouts and shall comply with the requests of the Law Firm in connection with the performance of service
under this Agreement.

7.      COLLECTION:        The Client agrees to pay all costs and expenses, including attorneys' fees
which may be incurred by the Law Firm to collect any compensation or reimbursement due under this
Agreement.  The Client also agrees that any balance outstanding for thirty (30) days after issuance of the Law
Firm's invoice will bear interest at the rate of one and one-half (1-I/2) percent per month, and the Client agrees
to pay such interest.

8.      ACCEPTANCE:        The Law Firm accepts the above-described employment on the terms and
conditions stated in this Agreement.

Signed At _____Wheaton, Illinois _____ *'2 - 16*_____, 201_1_

LAW OFFICES OF JANET L. WATSON              CLIENT(S)

_____            _____ PRESIDENT
                                           RUPSIS ASSOCIATES ARCHITECTS, P.C.

𝗫  EXCEPT FOR FIRST APPEARANCE IN ILS60

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only